1018

[No. 48572-5-I.  Division One.  April 22, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. RAYMOND JOSEPH ADAMS, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 01-1-00424-1, Gerald L. Knight, J., entered May 18, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 48698-5-I.  Division One.  April 22, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. SCOTT A. AVILLA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-00593-2, Anthony P. Wartnik, J., entered June 8, 2001. *Affirmed in part* and *remanded* by unpublished per curiam opinion.

[No. 48713-2-I.  Division One.  April 22, 2002.]

TIMOTHY P. FOLEY, *Appellant*, v. MARY K. FOLEY, *Respondent*.

Appeal from a judgment of the Superior Court for San Juan County, No. 95-3-05060-8, Alan R. Hancock, J., entered May 21, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 48818-0-I.  Division One.  April 22, 2002.]

EDNA SCHAEFFER, *as Personal Representative, Appellant*, v. FARMERS INSURANCE EXCHANGE, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 01-2-02975-4, Suzanne M. Barnett, J., entered June 27, 2001. *Affirmed* by unpublished per curiam opinion.